IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Lori Malick,** | : | |
| Debtor. | : | Case No 25-14914 (PMM) |

### ORDER DENYING MOTION AND SETTING DEADLINE FOR PAYMENT OF FEE

**AND NOW**, upon consideration of the Debtor's Application to Pay the Filing Fee in Installments (doc. #5, the "Application");

It is hereby **ordered** that:

1) The Application is **denied**;

2) The Debtor must pay the remainder owed of the full filing fee of $313.00 on or before **December 15, 2025**; and

3) Failure to timely pay the full filing fee may result in **dismissal** of this case.

Dated: 12/3/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Lori Malick
717 S. Lincoln Ave
Walnutport, PA 18088