**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** Lori Malick, | : | Chapter 13 |
| | : | |
| | : | Case No. 25-14914 (PMM) |
| | : | |
| **Debtor.** | : | |

**ORDER DISMISSING BANKRUPTCY CASE**

**AND NOW** this bankruptcy case having been filed *pro se* on December 1, 2025;

BUT the Debtor having failed to pay the full filing fee;

AND the Debtor having failed to file all required documents;

It is hereby **ordered** that the bankruptcy case is **dismissed**.

*Patricia M. Mayer*

**Date: 12/22/25**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Lori Malick
717 S. Lincoln Ave
Walnutport, PA 18088